|   |   |
|---|---|
| 1 | MICHELE BECKWITH |
|   | Acting United States Attorney |
| 2 | MATHEW W. PILE, WSBA No. 32245. |
|   | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | Social Security Administration |
|   | MARCELO ILLARMO (MABN 670079) |
| 5 | Special Assistant United States Attorney |
|   |     Office of the General Counsel |
| 6 |     Social Security Administration |
|   |     6401 Security Boulevard |
| 7 |     Baltimore, Maryland 21235 |
|   |     Telephone: (510) 970-4822 |
| 8 |     E-Mail: Marcelo.Illarmo@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHARI TANDIS HUGHES, | No. 2:24-cv-02861-CKD |
|---|---|
| Plaintiff, |   |
| v. | STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |
| COMMISSIONER OF SOCIAL SECURITY, |   |
| Defendant. |   |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from March 17, 2025 to April 16, 2025.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because he currently has four district court briefs due on March 17, and needs additional time.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before April 16, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before April 30, 2025).

Respectfully submitted,

DATE: March 5, 2025

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 5/4/25)

MICHELE BECKWITH
Acting United States Attorney

DATE: March 5, 2025   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: March 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2