1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4822
8       E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI TANDIS HUGHES, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:24-cv-02861-CKD <br><br> STIPULATION FOR SECOND EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from April 16, 2025 to May 16, 2025.  This is Defendant's second request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because he currently has three district court briefs due on April 16, and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before May 16, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before May 30, 2025).

Respectfully submitted,

DATE: April 11, 2025

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 4/11/25)

MICHELE BECKWITH
Acting United States Attorney

DATE: April 11, 2025     By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  April 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2